Argued October 18, 1943; decided March 2, 1944.

*Samuel J. Levinson, Frank Weinstein, Nathaniel Phillips* and *Jay H. Kanarek* for appellant.

*John W. Davis, Paul H. Arthur, Morris E. Dry* and *S. Hazard Gillespie, Jr.,* for United States Rubber Company, respondent.

*John G. Laylin* and *George Rublee* for E. I. du Pont de Nemours & Co., respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.